UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

                                            Case No: 17-CR-20363

vs.

PAULIN MODI,

        Defendant.
_____/

## ORDER GRANTING MOTION FOR REDUCTION
## OF SENTENCE PURSUANT TO FED.R.CRIM.PRO.35

On July 7, 2020 the government filed under seal a "Motion Pursuant to Federal Rule of Criminal Procedure 35(b)" in the above matter. The Court has reviewed the motion and has determined that a reduction should be granted, therefore,

IT IS ORDERED that the government's motion is **GRANTED.**

IT IS FURTHER ORDERED that defendant's sentence is hereby reduced from a 12 months and one day total term of imprisonment to a term of imprisonment of time served.   A new judgment will issue.

IT IS SO ORDERED.

                                              S/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated:  July 14, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 14, 2020, by electronic and/or ordinary mail.

                                             S/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (810) 292-6522