UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

vs.  Case No. 2:17-cr-20363
 Hon. Robert H. Cleland
**D-1 PAULIN MODI,**  Mag. Judge Steven R. Whalen

       Defendant.
_____/

**STIPULATED ORDER PERMITTING
DEFENDANT PAULIN MODI TO TRAVEL**

At a session of said Court held in the
U.S. Courthouse in Port Huron, Michigan
On October 20, 2021
Present:  Hon. ROBERT H. CLELAND
U.S. District Court Judge

Upon the agreement of the parties, Modi's Supervising Probation Officer having been consulted and having no objections, and the Court being fully advised in the premises,

It is hereby ordered that Defendant Paulin Modi ("Modi") be allowed to travel by air from Detroit, Michigan to Mexico on or about December 18, 2021, returning on or about December 26, 2021 for a family vacation. Modi shall be allowed to retrieve his passport 72 hours prior to departure and shall return the passport to his Supervising Officer within 48 hours of his return. Additionally, Modi will provide

{H0870124.1}

his itinerary and contact information, including where he will be staying, and travel verification to his Supervising Officer and to the Government.

    It is so ordered.

S/Robert H. Cleland
Hon. Robert H. Cleland
U.S. District Court Judge

Approved as to Form & Substance:

/s/AUSA David Gardey
Office of the U.S. Attorney

/s/ Walter J. Piszczatowski (P27158)
Attorney for Defendant